[*69]     *DEMAR AND WIFE *against* VAN ZANDT.

An affidavit, on which a motion is made for a commission to examine a witness, may be made by a third person, not a party to the writ.

ON a writ of right.

*Burr*, for the defendant, moved for a commission to examine a witness in the state of New Jersey. The affidavit, on which he grounded the motion, was made by a person, not a party to this suit.

*B. Livingston*, contra.

*Per Curiam.* Let the commission issue: the affidavit, although made by a third person, shows probable grounds to believe that the testimony of the witness may be material. Besides, it cannot injure the tenant, by creating delay, for the application is not in time to have the effect of suspending the proceedings in the suit, or of excusing the demandants for not going to trial.

Rule granted.(*a*)

(*a*) See *Franklin* v. *The United Insurance Co.*, *supra*, p. 68, n. *b*. *Murray* v. *Kirkpatrick*, 1 Cowen, 210.

